**MEMO ENDORSED**

**RECEIVED JAN 8 2008 CHAMBERS OF JUDGE GRIESA**

## PARKER & CARMODY, LLP
### ATTORNEYS AT LAW
1350 BROADWAY
SUITE 1400
NEW YORK, N.Y. 10018

DANIEL S PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175

January 3, 2008

**VIA ECF and Regular Mail**
Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

Re: **United States v. Kelly Kirkbride**
07 Cr. 500

Dear Judge Griesa:

I write requesting that the Court excuse the appearance of the defendant in the above-captioned matter currently scheduled for a status conference on January 10, 2008. I have spoken with AUSA Jenna Dabbs, who has no objection to this request.

Ms. Kirkbride was arrested in the Northern District of Ohio, voluntarily appeared in the Southern District ten days later, and was arraigned on the Indictment before Magistrate Judge Eaton on June 22, 2007. At that time, she was released on a $15,000 PRB with travel restrictions and the surrender of travel documents. She continues to be under the supervision of the Pretrial Services in Ohio, where she is employed. In addition, Ms. Kirkbride is a single mother of a seven year-old.

Ms. Kirkbride has appeared in person for prior conferences. However, it is extremely costly and time-consuming for her to appear for a conference and requires her to be absent from work and arrange for child care.

We are guardedly optimistic that there will be a disposition in this case. I respectfully request that the Court grant this application to excuse Ms. Kirkbride's appearance from the next court date. Thank you for your consideration in this matter.

Very truly yours,

*[signature]*
Daniel S. Parker

cc: AUSA Jenna M. Dabbs (Via ECF)

MICROFILMED JAN - 9 2008 -3:00 PM

*U.S. DISTRICT COURT FILED JAN - 9 2008 S.D. OF N.Y.*

Approved
*Thomas P. Griesa* /SH/
1/8/08